TROTTIER v. CAMPBELL

No. 259P90

Case below: 98 N.C.App. 517

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

WEBSTER CONSTR. v. GREENSBORO CITY BD. OF ED.

No. 270P90

Case below: 98 N.C.App. 341

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

WITHEROW v. WITHEROW

No. 324A90

Case below: 99 N.C.App. 61

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed as to issue of defendant's interest in corporation and other estate; otherwise denied 29 August 1990.